GEORGE M. RANALLI, ESQ.
Nevada Bar No. 5748
BENJAMIN J. CARMAN, ESQ.
Nevada Bar No. 12565
RANALLI ZANIEL FOWLER & MORAN, LLC
2400 W. Horizon Ridge Parkway
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
Attorneys for Defendant
State Farm Mutual Automobile Insurance Company

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BRADLEY GALLUP, an Individual

Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois Corporation,

Defendant

Case No: 2:16-cv-02675-JAD-VCF

ECF No. 20

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, BRADLEY GALLUP, and Defendants, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through their respective attorneys of record, that all Plaintiff's claims in this matter against the Defendants, be dismissed with prejudice, with each

of the parties to pay their own attorney fees and costs herein incurred.

It is Further Stipulated that any Trial Currently Scheduled, be Vacated.

Dated: March 20th, 2018                    Dated: March , 2018


**RANALLI ZANIEL FOWLER & MORAN, LLC**             Rempfer Mott Lundy, PLLC

_____              _____
GEORGE M. RANALLI, ESQ.                     JOSEPH N. MOTT, ESQ.
Nevada Bar No. 5748                         Nevada Bar No. 12455
BENJAMIN J. CARMAN, ESQ.                    10091 Park Run Dr., Ste. 200
Nevada Bar No. 12565                        Las Vegas, NV 89145
2400 W. Horizon Ridge Parkway               Attorney for Plaintiff
Henderson, Nevada 89052
Attorneys for Defendant

## ORDER

Based on the parties' stipulation [ECF No. 20] and good cause appearing, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT COURT
3/28/18